UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CEDAR LODGE PLANTATION, LLC, ET AL. | CIVIL ACTION |
| VERSUS | |
| CSHV FAIRWAY VIEW I, LLC, ET AL. | NO.: 13-129-BAJ-SCR |

## RULING AND ORDER

Before the Court is a **Motion to Remand (Doc. 9)**, filed by Plaintiffs Cedar Lodge Plantation, LLC and Phillips C. Witter, individually and on behalf of all similarly situated persons (collectively "Plaintiffs"), seeking an order from this Court remanding the above-captioned matter to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana. Defendants CSHV Fairway View I, LLC, CSHV Fairway View II, LLC, and Campus Advantage, Inc. (collectively "Defendants") oppose the motion. (Doc. 13.)

On May 16, 2013, United States Magistrate Judge Stephen C. Riedlinger issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that Plaintiffs' Motion to Remand be granted. (Doc. 20.)

On May 29, 2013, Defendants timely filed written objections to the Magistrate Judge's Report and Recommendation. (Doc. 24.) However, after carefully considering Plaintiffs' Motion to Remand, Defendants' Memorandum in Opposition to the Motion to Remand, the Magistrate Judge's Report and Recommendation, Defendants'

Objections to the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 20)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, March 11th, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2

Case 3:13-cv-00129-BAJ-SCR   Document 33   03/12/14   Page 2 of 2